Dustin JONES, et al., Defendants
Below–Appellants,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 67, 2015

Supreme Court of Delaware.

Submitted: November 4, 2015

Decided: November 4, 2015

Court Below: Superior Court of the State of Delaware, in and for Sussex County

AFFIRMED.

■

SIERRA CLUB and Delaware
Audubon, Appellants
Below–Appellants,

v.

DELAWARE DEPARTMENT OF NATURAL RESOURCES AND ENVIRONMENTAL CONTROL and Delaware City Refining Company, LLC, Appellees Below–Appellees.

No. 216, 2015

Supreme Court of Delaware.

Submitted: November 4, 2015

Decided: November 5, 2015

Court Below: Superior Court of the State of Delaware, in and for New Castle County, No. N13A–09–001 ALR and No. N14A–05–002 ALR

AFFIRMED.

■

James CLAY, Petitioner
Below–Appellant,

v.

Warden G.R. JOHNSON, Respondent
Below–Appellee.

No. 213, 2015

Supreme Court of Delaware.

Submitted: October 7, 2015

Decided: November 5, 2015

Court Below: Superior Court of the State of Delaware in and for Sussex County, No. 13110017689

AFFIRMED.